# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Diane Burke, et al, )
)
           Plaintiff, )
) Case No. 19 C 2203
v. )
) Hon. Virginia M. Kendall
The Boeing Company, et al, )
)
           Defendants. )

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)
    which ☐ includes     pre–judgment interest.
           ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) The Boeing Company, et al
    and against plaintiff(s) Diane Burke, et al
Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a Motion to Dismiss

Date: 12/7/2020                                 Thomas G. Bruton, Clerk of Court

                                                    /s/Lynn Kandziora , Deputy Clerk