# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 9, 2020

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-3389
>
> Caption:
> DIANE BURKE, et al., as participants in and on behalf of the Boeing Voluntary Investment Plan, and on behalf of a class of all others who are similarly situated,
> Plaintiffs - Appellants
>
> v.
>
> BOEING COMPANY, et al.,
> Defendants - Appellees

> District Court No: 1:19-cv-02203
> District Judge Virginia M. Kendall
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 12/08/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)