# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

August 1, 2022

Before

DIANE S. SYKES, *Chief Judge*
KENNETH F. RIPPLE, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 20-3389 | DIANE BURKE, et al., as participants in and on behalf of the Boeing Voluntary Investment Plan, and on behalf of a class of all others who are similarly situated,<br>　　　Plaintiffs - Appellants<br><br>v.<br><br>THE BOEING COMPANY, et al.,<br>　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-02203<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall | |

The judgment of the District Court is **AFFIRMED,** with costs, in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**　　(form ID: **132**)